UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JOAO VITOR FARIA GABRIEL**

**V.**                                          **CIVIL ACTION NO. 26-11492-DJC**

**ANTONE MONIZ, ET AL.**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the ECF Order dated April 28, 2026, the Court Orders the above entitled action be and hereby is DISMISSED.

April 28, 2026                                      /s/ Savannah Cook
                                                   Deputy Clerk